ANNE L. HUNT, Respondent, v. GEORGE BAILEY, Appellant.

*Appeal from St. Louis Law Commissioner's Court.*

*E. J. Bennett* and *Alex. Martin*, for respondent.

*R. S. McDonald* and *Krum & Decker*, for appellant.

WAGNER, Judge, delivered the opinion of the court.

The respondent obtained judgment in the court below, and the question presented is the same which has been decided at this term between the same parties.

The judgment will be affirmed.

The other judges concur.